# BEFORE THE
# UNITED STATES JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| IN RE MOVEIT FILE TRANSFER SOFTWARE DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. |
|---|---|

## SCHEDULE A OF ACTIONS

| Case Caption | Parties | Case No. | Court | Judge |
|---|---|---|---|---|
| *Ortega et al. v. Progress Software Corporation et al.* | **Plaintiffs:** Juan Ortega, David Merkle, Nancy Merkle<br><br>**Defendanst:** Progress Software Corporation, Pension Benefit Information, LLC | 2:23-cv-5301 | Central District of California | Not Yet Assigned |
| *Ng et al. v. Pension Benefit Information, LLC* | **Plaintiffs:** David Berry, Bonnie Gayle Ng<br><br>**Defendant:** Pension Benefit Information, LLC | 4:23-cv-3297 | Northern District of California | Honorable Lisa J. Cisneros |
| *Berry v. Progress Software Corporation* | **Plaintiff:** Jason Berry<br><br>**Defendant:** Progress Software Corporation | 2:23-cv-2089 | Eastern District of Louisiana | Honorable Susie Morgan |
| *McAdam v. Progress Software Corporation* | **Plaintiff:** Annie McAdam<br><br>**Defendant:** Progress Software Corporation | 2:23-cv-2295 | Northern District of California | Honorable Wendy B. Vitter |
| *Anastasio v. Progress Software Corporation et al.* | **Plaintiff:** Robert Anastasio<br><br>**Defendants:** Progress Software Corporation and Pension | 1:23-cv-11442 | District of Massachusetts | Honorable G. Nathaniel M. Gorton |

| | | | | |
|---|---|---|---|---|
| | Benefit Information, LLC | | | |
| *Diggs et al. v. Progress Software Corporation* | **Plaintiffs:** Shavonne Diggs, Brady Bradberry, Christina Bradberry  **Defendant:** Progress Software Corporation | 1:23-cv-11370 | District of Massachusetts | Honorable Nathaniel M. Gorton |
| *Guillory-Caillier et al. v. Progress Software Corporation* | **Plaintiffs:** Shawntessa Guillory-Caillier, Vincent Mitchell  **Defendant:** Progress Software Corporation | 1:23-cv-11417 | District of Massachusetts | Honorable F. Dennis Saylor, IV |
| *Pipes v. Ipswitch, Inc., et al.* | **Plaintiff:** Christopher Pipes  **Defendants:** Ipswitch, Inc.; Progress Software Corporation | 1:23-cv-11394 | District of Massachusetts | Honorable Nathaniel M. Gorton |
| *Tenner v. Progress Software Corporation* | **Plaintiff:** Subrena Tenner  **Defendant:** Progress Software Corporation | 1:23-cv-11412 | District of Massachusetts | Honorable Nathaniel M. Gorton |
| *Bailey v. Progress Software Corporation et al.* | **Plaintiff:** Bruce Bailey  **Defendants:** Progress Software Corporation and Pension Benefit Information, LLC | 0:23-cv-2028 | District of Minnesota | Honorable Katherine M. Menendez |