BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 3083 |
|---|---|

## SCHEDULE OF ACTIONS

| Case Caption | Parties | Case No. | Court | Judge |
|---|---|---|---|---|
| *Gilson v. Progress Software Corporation* | **Plaintiff:** Cody Gilson<br><br>**Defendants:** Progress Software Corporation | 1:23-cv-11552 | District of Massachusetts | Honorable Nathaniel M. Gorton |
| *Hurtado. v. Pension Benefit Information, LLC et al.* | **Plaintiff:** Robbie Hurtado<br><br>**Defendants:** Pension Benefit Information, LLC, Berwyn Group, Inc. | 3:23-cv-3377 | Northern District of California | Honorable Sallie Kim |
| *Deutsch v. Progress Software Corporation* | **Plaintiff:** Susan Deutsch<br><br>**Defendant:** Progress Software Corporation | 1:23-cv-11547 | District of Massachusetts | Honorable Richard G. Stearns |
| *Garrison v. Pension Benefit Information, LLC et al.* | **Plaintiff:** Lisa Garrison<br><br>**Defendant:** Pension Benefit Information, LLC; The Berwyn Group, Inc. | 0:23-cv-2071 | District of Minnesota | Honorable Dulce J. Foster |