**BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | * * * * | MDL NO. 3083 |

**NOTICE OF ERRATA**

Plaintiff, Annie McAdam, respectfully submits this Notice of Errata to correct an error regarding the MDL title listed in document Dkt. 6. The correct MDL title for this matter is *In Re: MOVEit Software Customer Data Security Breach Litigation*. Plaintiff apologizes for this error, and respectfully requests that the Court accept this Notice of Errata in correction thereof.

DATE: July 13, 2023

    /s/ James R. Dugan, II_____

**JAMES R. DUGAN, II (**LSBA 24785)
**DAVID S. SCALIA** (LSBA 21369)
**TERRIANNE BENEDETTO***
**GLENN E. MINTZER** (24170)
THE DUGAN LAW FIRM, APLC
365 Canal Street
One Canal Place, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com
tbenedetto@dugan-lawfirm.com
gmintzer@dugan-lawfirm.com

*(Licensed in PA, NJ, and NY only

*Attorneys for Plaintiff*