BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3083 |

## NOTICE OF RELATED ACTIONS

PLEASE TAKE NOTICE, in accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, that four new cases were filed which the undersigned submits relates to the actions subject to the pending Motion for Transfer of Actions in the above-captioned matter. The cases are *Acevedo v. Illinois Dept. of Innovation and Technology et al.*, Case No. 3:23-cv-3225, C.D. Ill..; *Smith v. Progress Software Corporation*, Case No. 1:23-cv-11580, D. Mass.; and *Truesdale v. Progress Software Corporation et al.*, Case No. 1:23-cv-1913, D. Md; *Reese et al. v. Ipswitch, Inc. et al.*, Case No. 1:23-cv-11610, D. Mass.; *Pulignani v. Progress Software Corporation et al.,* Case No. 1:23-cv-1912, D. Md. ; *Ellis et al. v. Pension Benefit Information, LLC et al.*, Case No. 0:23-cv-2139.  A schedule of the actions listing this new case is attached, as well as a copies of the current dockets and Complaints.

Dated:   July 18, 2023

By:   */s/ Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
111 West Jackson Blvd., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Facsimile:   (212) 686-0114
malmstrom@whafh.com