BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 3083 |
|---|---|

## SCHEDULE OF ACTIONS

| Case Caption | Parties | Case No. | Court | Judge |
|---|---|---|---|---|
| *Acevedo v. Illinois Dept. of Innovation and Technology et al.* | **Plaintiff:** Jose Acevedo, Jr.<br><br>**Defendants:** Progress Software Corporation; Illinois Department of Innovation and Technology | 3:23-cv-3225 | Central District of Illinois | Honorable Colleen R. Lawless |
| *Smith v. Progress Software Corporation* | **Plaintiff:** Jonathan Smith<br><br>**Defendants:** Progress Software Corporation | 1:23-cv-11580 | District of Massachusetts | Honorable F. Dennis Saylor IV |
| *Truesdale v. Progress Software Corporation et al.* | **Plaintiff:** Monika Truesdale<br><br>**Defendants:** Progress Software Corporation; The Johns Hopkins University; The Johns Hopkins Health System Corporation | 1:23-cv-1913 | District of Maryland | Honorable Lydia K. Griggsby |
| *Ellis et al. v. Pension Benefit Information, LLC et al* | **Plaintiffs:** Renaldo Ellis; Michael Standefer<br><br>**Defendant:** Pension Benefit Information, LLC; The Berwyn Group, Inc. | 0:23-cv-2139 | District of Minnesota | Honorable Katherine Menendez |
| *Pulignani v. Progress Software* | **Plaintiff:** Steven Pulignani | 1:23-cv-1912 | District of Maryland | Honorable Matthew J. |

| | | | | |
|---|---|---|---|---|
| *Corporation et al.* | **Defendants:** Progress Software Corporation; The Johns Hopkins University; The Johns Hopkins Health System Corporation | | | Maddox |
| *Reese et al. v. Ipswitch, Inc. et al* | **Plaintiffs:** Nakia Reese; Stephanie Pool  **Defendants:** Ipswitch, Inc.; Progress Software Corporation | 1:23-cv-11610 | District of Massachusetts | Honorable Indira Talwani |