BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 3083 |

### NOTICE OF RELATED ACTIONS

PLEASE TAKE NOTICE that pursuant to Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, three new cases were filed which the undersigned submits relate to the actions subject to the pending Motion for Transfer of Actions in the above-captioned matter. The cases are ***Doe v. Progress Software Corporation, et al., Case No. 1:23-cv-01933-JMC, D. Md.; Hunter v. The Johns Hopkins University, et al., Case No. 1:23-cv-01826-JRR, D. Md.; Gregory et al v. Johns Hopkins University et al., Case No. 1:23-cv-01854-BPG, D. Md.*** A Schedule of Actions listing these new cases is attached, as well as copies of the current dockets and Complaints.

Dated: July 20, 2023

Respectfully submitted,

*s/Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg (0063771)
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

***Counsel for Plaintiff Doe***