BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION

MDL No. 3083

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Plaintiff Doe<br><br>**Defendants:**<br>Progress Software Corporation; The Johns Hopkins University; The Johns Hopkins Health System Corporation | District of Maryland | 1:23-cv-01933 | Magistrate Judge J. Mark Coulson |
| **Plaintiffs:**<br>Maria Gregory; Ayomiposi Asaolu<br><br>**Defendants:**<br>Johns Hopkins University; Johns Hopkins Health System | District of Maryland | 1:23-cv-01854 | Magistrate Judge Beth P. Gesner |
| **Plaintiff:**<br>Pamela Hunter<br><br>**Defendants:**<br>The Johns Hopkins University; The Johns Hopkins Health System Corporation | District of Maryland | 1:23-cv-01826 | Judge Julie Rebecca Rubin |

Respectfully submitted,

*s/Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg (0063771)
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
Telephone: (513) 345-8291
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com
***Counsel for Plaintiff Doe***