BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| In re:<br><br>**MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL Docket No. 3083 |
|---|---|

## NOTICE OF RELATED ACTIONS

PLEASE TAKE NOTICE, in accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, that four cases have been filed which the undersigned submits relate to the actions subject to the pending Motion for Transfer of Actions in the above-captioned matter. The cases are: ***Cheng v. Pension Benefit Information, LLC, et al.*, Case No. 2:23-cv-05481, United States District Court for the Central District of California;** *Collins v. Pension Benefit Information, LLC, et al.*, **Case No. 0:23-cv-02045-JRT-DLM, United States District Court for the District of Minnesota;** *Smith v. Pension Benefit Information, LLC, et al.*, **Case No. 0:23-cv-020550, United States District Court for the District of Minnesota; and** *Harris v. Pension Benefit Information, LLC d/b/a PBI Research Services, et al.*, **Case No. 0:23-cv-02071, United States District Court for the District of Minnesota**. A schedule of actions listing these new cases is attached, as well as copies of those cases' current dockets and Complaints.

Dated: July 20, 2023     BY:     */s/ Paulyne A. Gardner*
                                                  Paulyne A. Gardner
                                                  Mullen Coughlin LLC
                                                  426 W. Lancaster Avenue, Suite 200
                                                  Devon, PA 19333
                                                  Tel: (267) 930-2098
                                                  Fax: (267) 930-4771
                                                  *pgardner@mullen.law*
                                                  *Counsel for Defendants, Pension Benefit Management, LLC and The Berwyn Group, Inc.*

1