BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| In re:<br><br>**MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL Docket No. 3083 |
|---|---|

## SCHEDULE OF ACTIONS

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff:** Terry Cheng<br><br>**Defendant:** Pension Benefit Information, LLC, The Berwyn Group, Inc.. | D. C.D. CA. | 2:23-cv-05481 | Hon. Dean Pregerson, U.S.D.J.<br><br>Hon. Michael Wilner, U.S.M.J. |
| 2 | **Plaintiff:** Melainee Collins<br><br>**Defendant:** Pension Benefit Information, LLC, The Berwyn Group, Inc.. | D. MN. | 0:23-cv-02045-JRT-DLM | Hon. Katherine Menendez, U.S.D.J.<br><br>Hon. David Schultz, U.S.M.J. |
| 3 | **Plaintiff:** Karen Smith<br><br>**Defendant:** Pension Benefit Information, LLC, The Berwyn Group, Inc.. | D. MN. | 0:23-cv-02055-KMM-ECW | Hon. Katherine Menendez, U.S.D.J.<br><br>Hon. David Schultz, U.S.M.J |
| 4 | **Plaintiff:** Kelly Harris<br><br>**Defendant:** Pension Benefit Information, LLC | D. MN. | 0:23-cv-02075-PAM-TNL | Hon. Katherine Menendez, U.S.D.J.<br><br>Hon. David Schultz, U.S.M.J |

Dated: July 20, 2023

Respectfully submitted,

*/s/ Paulyne A. Gardner*
Paulyne A. Gardner
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: (267) 930-2098
Fax: (267) 930-4771
*pgardner@mullen.law*
*Counsel for Defendants, Pension Benefit Management, LLC and The Berwyn Group, Inc.*