BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| In re: <br><br>**MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL Docket No. 3083 |
|---|---|

## SCHEDULE OF ACTIONS

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiffs:** Elisa Feregrino and Melissa Seymour <br><br> **Defendant:** Pension Benefit Information, LLC, The Berwyn Group, Inc. | D. MN. | 0:23-cv-02176-KMM-DTS | Hon. Menendez, U.S.D.J. <br><br> Hon. David Schultz, U.S.M.J. |

Dated: July 24, 2023

Respectfully submitted,

*/s/ Paulyne A. Gardner*
Paulyne A. Gardner
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
(267) 930-2098
*pgardner@mullen.law*
*Counsel for Defendant, Pension Benefit Information, LLC and The Berwyn Group, Inc.*