BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3083 |
|---|---|

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Delilah King, individually and on behalf of all others similarly situated | Genworth Financial, Inc. | Va., E.D. | 3:23-cv-00426 | Hon. Roderick C. Young |