BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: MOVEit Customer Data Security Breach Litigation | | MDL Docket No. 3083 | |

## SCHEDULE OF ACTIONS

|   | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff:**<br><br>Anna M. Moore and Ashley Gwen Lacombe, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br><br>Progress Software Corporation | District of Massachusetts | 1:23-cv-11669 | Not assigned |