BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| In re:<br><br>**MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL Docket No. 3083 |
|---|---|

**SCHEDULE OF ACTIONS**

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff:** Richard Weissman<br><br>**Defendant:** Pension Benefit Information, LLC | D. NJ. | 1:23-cv-03999 | No Judge Assigned Yet |

Dated: July 27, 2023

Respectfully submitted,

*/s/ Paulyne A. Gardner*
Paulyne A. Gardner
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
(267) 930-2098
[pgardner@mullen.law](mailto:pgardner@mullen.law)
*Counsel for Defendant, Pension Benefit Information, LLC*