BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: MOVEit Customer Data Security Breach Litigation | | | MDL Docket No. 3083 |

### SCHEDULE OF ACTIONS

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiffs:**<br><br>Diana White, Sabela Portillo, and Rebecca Iddings, individually and on behalf of all others similarly situated<br><br>**Defendants:**<br><br>Progress Software Corporation and Pension Benefit Information, LLC d/b/a PBI Research Services | District of Minnesota | 0:23-cv-02254 | Judge Kathleen Menendez |