BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: MOVEit Customer Data Security Breach Litigation | MDL Docket No. 3083 |
|---|---|

## SCHEDULE OF ACTIONS

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiffs:**<br><br>Steve Landi, Richard E. Hurley, and Nila Hruely, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br><br>Progress Software Corporation; Pension Benefit Information, LLC dba PBI Research Services; and The Berwyn Group, Inc. | Northern District of California | 3:23-cv-03839 | Judge Thomas S. Hixson |
| 2 | **Plaintiff:**<br><br>Patricia Harris, individually, and on behalf of all others similarly situated<br><br>**Defendant:**<br><br>Progress Software Corporation | Northern District of Illinois | 1:23-cv-05028 | Judge Elaine E. Bucklo |