**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 3083 |
|---|---|

## SCHEDULE OF ACTIONS

| Parties | Court | Case No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Glen Williams<br>**Defendant:**<br>Pension Benefit Information LLC, et al. | United States District Court, District of Minnesota | 0:23-cv-02238-KMM-DTS | Katherine M. Menendez |

Dated: August 2, 2023

Respectfully submitted,

*s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 3390981
kmbaxter-kauf@locklaw.com

*Counsel for Plaintiff, Glen Williams*