## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| In re:<br><br>**MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL Docket No. 3083 |

## SCHEDULE OF ACTION

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff:** Scott Glabb<br><br>**Defendant:** Pension Benefit Information, LLC | D. MN. | 0:23-cv-02240-KMM-DTS | Hon. Katherine Menendez, U.S.D.C.<br><br>Hon. David Schultz, U.S.M..J. |

Dated:  August 2, 2023

Respectfully submitted,

*/s/ Paulyne A. Gardner*
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
(267) 930-2098
*pgardner@mullen.law*
*Counsel for Defendant, Pension Benefit Information, LLC*