BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3083 |

## NOTICE OF RELATED ACTIONS

The undersigned counsel for Genworth Financial, Inc. hereby provides the Panel with notice of a complaint recently filed in the United States District Court for the Eastern District of Virgina:

> *Patrice Hauser, on behalf of herself and all others similarly situated v. Genworth Life Insurance Company*
> Case No. 3:23-cv-00486, filed on August 2, 2023
> United States District Court for the Eastern District of Virginia
> Hon. M. Hannah Lauck

True and correct copies of the docket sheet as of August 2, 2023, and the Complaint are attached hereto as Exhibit A.

Dated:  August 2, 2023                    Respectfully submitted,

*/s/ Eamon P. Joyce*
Eamon P. Joyce
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
ejoyce@sidley.com
Telephone:  (212) 839-8555
Facsimile:   (212) 839-5599

*Counsel for Genworth Financial, Inc.*