BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: MOVEit Customer Data Security Breach Litigation | MDL Docket No. 3083 |
|---|---|

### SCHEDULE OF ACTIONS

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiffs:**<br><br>Rosemary Mosqueda, individually and on behalf all others similarly situated<br><br>**Defendants:**<br><br>Progress Software Corporation; Pension Benefit Information, LLC d/b/a PBI Research Services. | District of Minnesota | 0:23-cv-02278 | Judge Katherine M. Menendez |
| 2 | **Plaintiff:**<br><br>Erica Baker, individually and on behalf of all others similarly situated<br><br>**Defendant:**<br><br>Progress Software Corporation | District of Massachusetts | 1:23-cv-11777 | Judge Nathanial M. Gorton |