BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: MOVEit Customer Data Security Breach Litigation | | MDL Docket No. 3083 | |

## SCHEDULE OF ACTIONS

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiffs:**<br><br>Kim Siflinger and Randy Kiyabu, individually and on behalf all others similarly situated<br><br>**Defendants:**<br><br>Progress Software Corporation; Pension Benefit Information, LLC d/b/a PBI Research Services | District of Massachusetts | 1:23-cv-11782 | Not Yet Assigned |