BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: MOVEIT CUSTOMER ) MDL Docket No. 3083
DATA SECURITY BREACH )
LITIGATION )
_____ )

**PLAINTIFFS MONIKA TRUESDALE AND JAMES PULIGNANI'S RESPONSE IN SUPPORT OF MOTION FOR TRANSFER AND CONSOLIDATION OF RELATED ACTIONS FOR CENTRALIZED PRETRIAL
PROCEEDINGS IN THE DISTRICT OF MASSACHUSSSETS
PURSUANT TO 28 U.S.C. § 1407**

Pursuant to 28 U.S.C. § 1407 and Rule 6.2, Plaintiffs Monika Truesdale and James Pulignani are named Plaintiffs in the following actions pending in federal district courts (henceforth, "Plaintiffs"):

- *Truesdale v. Progress Software Corporation, The Johns Hopkins Health System Corporation, and The Johns Hopkins University*, D. Md. Case No. 1:23-cv-01913-JRR (assigned to the Honorable Julie Rebecca Rubin).

- *Pulignani v. Progress Software Corporation, The Johns Hopkins Health System Corporation, and The Johns Hopkins University*, D. Md. Case No. 1:23-cv-01912-JRR (assigned to the Honorable Julie Rebecca Rubin).

Plaintiffs respectfully submit this response in support of the motion by plaintiff Bruce Bailey ("Bailey") to centralize these proceedings pursuant to 28 U.S.C. §1407. (MDL ECF No. 1). However, Plaintiffs disagree with Bailey's request to centralize in the District of Minnesota and, instead, support the submission by plaintiffs and interested parties Subrena Tenner, Robert Anastasio, and Doe (the "Tenner Parties") to centralize proceedings in the District of Massachusetts. (*See* MDL ECF No. 117).

1

Plaintiffs agree with the Tenner Parties that the District of Massachusetts is the most appropriate forum for centralization of these actions. Of the 43 Related Actions, 13 are pending in the District of Massachusetts, so this factor heavily favors consolidation in that court.  The District of Massachusetts is also favored because, as detailed in the Tenner Parties' submission, it is the site of the occurrence of common facts.

For these reasons and those contained in the Tenner Parties' submission, the Plaintiffs herein join the motions favoring transfer and centralization of the related actions to the District of Massachusetts for coordinated or consolidated pretrial proceedings.

Dated: August 4, 2023

Respectfully submitted,

/s/ Philip J. Furia
Jason P. Sultzer, Esq.
Philip J. Furia, Esq.
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
furiap@thesultzerlawgroup.com

*Counsel for Plaintiff Monika Truesdale*

/s/Jeffrey Brown
Jeffrey Brown
Michael Tompkins
**LEEDS BROWN LAW**
One Old Country Road, Suite 347
Carle Place, NY 11514-1851
Tel: (516) 873-9550
JBrown@LeedsBrownLaw.com
mtompkins@leedsbrownlaw.com

*Counsel for Plaintiff James Pulignani*