**BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA   )<br>       SECURITY BREACH            )<br>       LITIGATION                       ) | MDL No. 3083 |

**PLAINTIFF TERRY CHENG'S RESPONSE TO MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE DISTRICT OF MINNESOTA PURSUANT TO 28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

Plaintiff Terry Cheng ("Plaintiff"), the plaintiff in *Cheng v. Pension Benefit Information, LLC, et al.*, pending in the United States District Court for the Central District of California (Case No. Case No. 2:23-cv-05481, filed on July 7, 2023), respectfully submits this response to Plaintiff Bruce Bailey's Motion for Transfer and Centralization of Related Actions to the District of Minnesota Pursuant to 28 U.S.C. § 1407 (Dkt. #1) (the "Motion"). Plaintiff does not oppose transfer and centralization of the related actions to the District of Minnesota or the District of Massachusetts pursuant to 28 U.S.C. § 1407 for consolidated pretrial proceedings.

*Respectfully submitted,*

Dated: 08/04/2023

By:   /s/ Mike Arias
      Mike Arias
ARIAS SANGUINETTI WANG
 & TORRIJOS LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
(310) 844-9696
mike@aswtlawyers.com

Attorneys for Plaintiff Terry Cheng