**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| IN RE: MOVEit Customer Data Security Breach Litigation | | MDL Docket No. 3083 |
|---|---|---|

**SCHEDULE OF ACTIONS**

|   | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff:**<br><br>Michael Harris, individually and on behalf all others similarly situated<br><br>**Defendants:**<br><br>Progress Software Corporation | District of Massachusetts | 1:23-cv-11816 | Not Yet Assigned |