BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | IN RE MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3083 |

**SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Noreen Smith, individually and on behalf of all others similarly situated | Genworth Financial, Inc. | Va., E.D. | 3:23-cv-00510 | Hon. M. Hannah Lauck |