BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| In re: **MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL Docket No. 3083 |
|---|---|

## SCHEDULE OF ACTION

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff:** Jian Golestani<br><br>**Defendant:** Pension Benefit Information, LLC d/b/a PBI Research Services | D. MN. | 0:23-cv-02478 | Hon. Katherine Menendez, U.S.D.C.<br><br>Hon. David Schultz, U.S.M..J. |
| 2 | **Plaintiffs:** Valerie Taylor and Timothy Sides<br><br>**Defendants:** Pension Benefit Information, LLC and The Berwyn Group, Inc. | D. C.D. CA | 5:23-cv-01617 | Hon. Fernando L. Aenlle-Rocha<br><br>Hon. Shashi H. Kewalramani |

Dated:  August 15, 2023

Respectfully submitted,

*/s/ Paulyne A. Gardner*
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
(267) 930-2098
*pgardner@mullen.law*
*Counsel for Defendants, Pension Benefit Information, LLC and The Berwyn Group, Inc.*