**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL DOCKET NO. 3083** |

**SCHEDULE OF ACTIONS**

| Parties | Court | Case No. | Judge |
|---|---|---|---|
| **Plaintiff:** Jian Golestani  **Defendant:** Pension Benefit Information, LLC | United States District Court, District of Minnesota | 0:23-cv-02478-KMM-DTS | Katherine M. Menendez |

Dated: August 15, 2023

Respectfully submitted,

*s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 3390981
kmbaxter-kauf@locklaw.com

*Counsel for Plaintiff, Jian Golestani*