BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | IN RE MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3083 |

## SCHEDULE OF ACTIONS

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Peter Behrens, on behalf of himself and all others similarly situated | Genworth Life Insurance Company | Va., E.D. | 3:23-cv-00515 | Hon. Henry E. Hudson |
| 2. | Gilbert Hale, Lynda Hale, and Alan Wooten, individually and on behalf of all others similarly situated | Genworth Financial, Inc. | Va., E.D. | 3:23-cv-00517 | Not yet assigned |