BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: MOVEit Customer Data Security Breach Litigation | MDL Docket No. 3083 |

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendants Progress Software Corporation and Ipswitch, Inc. hereby notify the Clerk of the Panel that the following action is a related action currently pending in a federal district court:

- *Casey v. Progress Software Corp., et al.*, No. 1:23cv11864 (United States District Court District of Massachusetts)

The Docket Sheet and Complaint for the above case is attached as Exhibit 1.

Dated: August 17, 2023

Respectfully submitted,

*/s/ Jeffrey Tsai*
Jeffrey Tsai
444 West Lake Street
Suite 900
555 Mission Street, Suite 2400
San Francisco, California 94105
T: 415.615.6055
E: jeff.tsai@us.dlapiper.com

*Attorney for Defendants Progress Software Corporation and Ipswitch, Inc.*