BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO.: 3083 |
|---|---|

## SCHEDULE OF ACTION

| Plaintiffs | Defendant | District | Case No. | Judge |
|---|---|---|---|---|
| Katelin Malo, individually, and as natural parent and next friend of K.J., a minor, Corrinna Reed, and Joann Kindred | Performance Health Technology, Ltd. | D. Oregon | 6:23-cv-01140 | Michael J. McShane |

Dated: August 22, 2023

Respectfully submitted,

**BAILEY & GLASSER LLP**

　　　*/s/ Bart D. Cohen*
Bart D. Cohen
Lawrence J. Lederer
1622 Locust Street
Philadelphia, PA  19103
(215) 274-9420
bcohen@baileyglasser.com
llederer@baileyglasser.com

John W. Barrett
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
jbarrett@baileyglasser.com

Benjamin A. Schwartzman
950 West Bannock Street, Suite 940
Boise, ID 83702
Telephone: (208) 342-4411
bschwartzman@baileyglasser.com

**THE CONSUMER PROTECTION FIRM, PLLC**
William "Billy" Peerce Howard
401 East Jackson Street, Suite 2340
Truist Place
Tampa, FL 33602
(813) 500-1500
Billy@TheConsumerProtectionFirm.com

*Attorneys for Plaintiffs Katelin Malo, individually, and as natural parent and next friend of K.J., a minor, Corrinna Reed, and Joann Kindred*