**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

| In re:<br><br>MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Docket No. 3083 |
|---|---|

**SCHEDULE OF ACTIONS**

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff:**<br>David Hale, on behalf of himself and all others similarly situated<br><br>**Defendant:**<br>Milliman Solutions, LLC | W.D. Wash. | 2:23-cv-01206-DWC | David W. Christel |
| 2 | **Plaintiff:**<br>Jose Soto, individually and on behalf of all others similarly situated,<br><br>**Defendants:**<br>Milliman Solutions, LLC; Milliman, Inc. d/b/a Milliman Intelliscript, Inc. | W.D. Wash. | 2:23-cv-01236-RAJ | Richard A. Jones |
| 3 | **Plaintiff:**<br>Dana Jones, individually and on behalf of all others similarly situated<br><br>**Defendant:**<br>Milliman Solutions, LLC | W.D. Wash. | 2:23-cv-01246-LK | Lauren King |
| 4 | **Plaintiff:**<br>Betty Gregory, on behalf of herself and all others similarly situated<br><br>**Defendants:**<br>Milliman Solutions, LLC; CMFG Life Insurance Company d/b/a TruStage Financial Group, Inc. | W.D. Wis. | 3:23-cv-00559-slc | Stephen Crocker (Magistrate) |