BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| In Re: MOVEit Customer Data Security Breach Litigation | MDL Docket No. 3083 |

**RESPONSE OF INTERESTED PARTY PLAINTIFFS MEGAN SCHWARZ, CAMILLE BURGAN, AND EUGENE BURGAN TO MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS PURSUANT TO 28 U.S.C. § 1407**

Pursuant to 28 U.S.C. § 1407 and Rule 6.2(e) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Interested Party Plaintiffs Megan Schwarz, Camille Burgan, and Eugene Burgan ("Plaintiffs") in the putative class action captioned *Schwarz, et al. v. Progress Software Corp., et al.*, No. 1:23-cv-12127-NMG (D. Mass.) hereby file this response to the pending motion for transfer and centralization of multidistrict litigation of the above-captioned proceedings. Plaintiffs support transfer and centralization under 28 U.S.C. § 1407, yet disagree with the transfer motion (ECF 1) to the extent it advocates for transfer and centralization in the District of Minnesota. Instead, Plaintiffs believe that the District of Massachusetts best satisfies the Panel's criteria as the most appropriate forum for centralization of these actions because:

- Of the more than eighty related actions, significantly more cases (twenty-three) are pending in the District of Massachusetts than in any other single district;

- The District of Massachusetts is the site of the occurrence of many common facts, including where Defendant Progress Software Corporation ("PSC") created, maintained, and licensed the MOVEit software which is the central focus of many of the cases and where PSC is headquartered; and

- Discovery in the related actions will necessarily involve evidence, documents, and witnesses located in the District of Massachusetts relating to PSC's MOVEit software.

1

For these reasons and those outlined by the majority of other parties filing submissions to the pending motion, Plaintiffs respectfully submit that the Panel should consolidate and transfer all federal actions concerning the MOVEit software data breach to U.S. District Court for the District of Massachusetts.

Dated: September 21, 2023    Respectfully submitted,

*/s/ Dustin L. Schubert*
Robert C. Schubert
Dustin L. Schubert
Amber L. Schubert
**Schubert Jonckheer & Kolbe LLP**
2001 Union St., Suite 200
San Francisco, California 94123
Telephone:    (415) 788-4220
Facsimile:    (415) 788-0161
rschubert@sjk.law
dschubert@sjk.law
aschubert@sjk.law

Edward F. Haber
Ian McLoughlin
**Shapiro Haber & Urmy LLP**
One Boston Place, Suite 2600
Boston, Massachusetts 02108
Telephone:    (617) 439-3939
Facsimile:    (617) 439-0134
ehaber@shulaw.com
imcloughlin@shulaw.com

*Attorneys for Plaintiffs Megan Schwarz, Camille Burgan, and Eugene Burgan (Case No. 1:23-cv-12127-NMG; D. Mass.)*