## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL No. 3083 |

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Isaac Hanson  **Defendant:** FMR LLC d/b/a Fidelity Investments | District of Massachusetts | 1:23-cv-12028 | Hon. F. Dennis Saylor IV |