BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| In re:<br><br>**MOVEit CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL Docket No. 3083 |
|---|---|

### SCHEDULE OF ACTION

| No. | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiffs:** Terri Campbell, Does 1 through 20<br><br>**Defendant:** Pension Benefit Information, LLC | D. C. NV | 2:23-cv-01545-CDS-EJY | Hon. Cristina D. Silva, U.S.D.C.<br><br>Hon. Elayna J. Youchah, U.S.M.J. |

Dated:  October 2, 2023

Respectfully submitted,

*/s/ Paulyne A. Gardner*
Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
(267) 930-2098
pgardner@mullen.law
*Counsel for Defendant, Pension Benefit Information, LLC*