BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: MOVEit Customer Data Security Breach Litigation | MDL Docket No. 3083 |
|---|---|

## SCHEDULE OF ACTIONS

| | **Case Caption** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 1 | **Plaintiff:**<br><br>Alana Robinson, individually and on behalf all others similarly situated<br><br>**Defendants:**<br><br>Teachers Insurance and Annuity Association of America; Pension Benefit Information, LLC; and Progress Software Corporation | District of Massachusetts | 1:23cv12255 | Judge Nathanial M. Gorton |
| 2 | **Plaintiff:**<br><br>Hadj Ghalem and Martin Foth Willmann, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br><br>Progress Software Corporation; Ipswitch, Inc.; and UMass Chan Medical School | District of Massachusetts | 1:23-cv-12300 | Judge Nathanial M. Gorton |
| 3 | **Plaintiff:**<br><br>Jean Kennedy, individually and on behalf all others similarly situated | District of Massachusetts | 1:23-cv-12275 | Not yet assigned |

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| | **Defendants:**<br><br>Progress Software Corporation; Pension Benefit Information, LLC d/b/a PBI Research Services; Sun Life and Brighthouse Financial, Inc. | | | |