# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE**: MOVEit Customer Data Security

Breach Litigation

MDL No.  3083

## NOTICE OF POTENTIAL TAG-ALONG ACTION

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No** | **Judge** |
|---|---|---|---|---|---|
| 1. | Lee Guitang | Talcott Resolution Life Insurance Company | D. Connecticut | 3:23cv1087 | Judge Stefan R. Underhill |