**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL No. 3083 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

PLEASE TAKE NOTICE, in accordance with Rules 6.2(d) and 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, that a case has been filed which the undersigned submits relates to the actions subject to Transfer in the above-captioned matter. The case is *Parker v. The Prudential Insurance Company of America*, No. 2:23-cv-04617-MEF-JSA (D.N.J.). A Schedule of Action listing this case is attached, as well as copies of the case's complaint and current docket.

Dated: October 10, 2023              Respectfully submitted,

By: */s/ Amanda S. Amert*
    Amanda S. Amert
    WILLKIE FARR & GALLAGHER LLP
    300 North LaSalle
    Chicago, IL 60654-3406
    Tel:  (312) 728-9050
    Fax:  (312) 728-9199
    aamert@willkie.com

    *Counsel for The Prudential Insurance Company of America*