BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

*In re: MOVEit Customer Data Security Breach Litigation*   MDL No. 3083

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants The Johns Hopkins University and The Johns Hopkins Health System Corporation write to notify the Panel of the potential tag-along actions set forth on the attached Schedule of Actions.

The docket sheets and complaints for each of these actions are attached as Exhibits A, B, and C.

Dated: October 13, 2023

Respectfully submitted,

/s/ Aravind Swaminathan
Aravind Swaminathan
Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, WA 98101
aswaminathan@orrick.com

*Counsel for The Johns Hopkins University and The Johns Hopkins Health System Corporation*