BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: MOVEit Customer Data Security Breach Litigation | MDL Docket No. 3083 |

## PROOF OF SERVICE

I, Alexander Southwell, in compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, hereby certify that the foregoing Notice of Potential Tag-Along Actions was served on all parties in the following cases electronically via ECF, or as indicated below, on October 16, 2023:

**Plaintiff David Schultz (via e-mail):**
David S. Almeida
ALMEIDA LAW FIRM
849 W. Webster Avenue
Chicago, IL 60614
Phone: (312) 576-3024
Email: david@almeidalawgroup.com

William B. Federman
FEDERMAN, SHERWOOD LAW FIRM
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Phone: (405) 235-1560
Email: wbf@federmanlaw.com

Andrew R. Tate
PEIFFER, WOLF LAW FIRM
235 Peachtree Street NE
Suite 400
Atlanta, GA 30303
Phone: (405) 235-1560
Fax: (504) 608-1465
Email: atate@peifferwolf.com

Brandon M. Wise
PEIFFER, WOLF LAW FIRM
One US Bank Plaza
Suite 1950
St. Louis, MO 63101
Phone: (318) 833-4827
Email: bwise@peifferwolf.com

**Plaintiff Keren Jeanfort (via e-mail):**
David S. Almeida
Elena A. Belov
ALMEIDA LAW FIRM
849 W. Webster Avenue
Chicago, IL 60614
Phone: (312) 576-3024
Phone: (917) 716-7132
Email: david@almeidalawgroup.com
Email: elena@almeidalawgroup.com

Eric D. Barton
Tyler W. Hudson
WAGSTAFF, CARTMELL LAW FIRM
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
Phone: (816) 701-1100
Fax: (816) 531-2372
Email: ebarton@wcllp.com
Email: thudson@wcllp.com

**Plaintiff Francis Grande (via e-mail):**
Gary M. Klinger
MILBERG, COLEMAN LAW FIRM
227 West Monroe Street
Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
Email: gklinger@milberg.com

**United States District Court for the District of Nebraska (via USPS):**
Clerk of the Court
Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102


Dated this 16th day of October 2023.

                                                                          Respectfully submitted,

                                          By: */s/ Alexander H. Southwell*
                                               Alexander H. Southwell
                                             NY Bar No. 2923415
                                             Salah Hawkins
                                             NY Bar No. 5485487
                                             GIBSON, DUNN & CRUTCHER LLP

200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
*asouthwell@gibsondunn.com*
*shawkins@gibsondunn.com*

*Attorneys for Defendants TD Ameritrade, Inc. and The Charles Schwab Corporation*